UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARGARET ANN GLASS | * | CIVIL ACTION NO. 17-2277 |
| VERSUS | * | SECTION: "F"(1) |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | * | JUDGE MARTIN L. C. FELDMAN |
| | * | MAGISTRATE JUDGE JANIS VAN MEERVELD |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that that the Motion for Summary Judgment filed by the plaintiff (Rec. Doc. 14) is DENIED; and the Motion for Summary Judgment filed by the Commissioner (Rec. Doc. 15) is GRANTED.

New Orleans, Louisiana, this 25th day of July, 2018.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE